# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:08CR355 |
| **Plaintiff,** | ) | |
| vs. | ) | ORDER |
| **LESTINA BELTRAN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to continue sentencing (Filing No. 82).

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 82) is denied.

DATED this 8th day of May, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge